**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MATTHEW NEMEROFF,
               Plaintiff             :       CIVIL ACTION
                  v.           :       NO.

                                  :

GIORDANO'S GARDEN GROCERIES, LLC  :
               Defendant         :

## <u>NOTICE OF REMOVAL</u>

1.     On September 27, 2022, Plaintiff Matthew Nemeroff ("Plaintiff") filed an action in the Court of Common Pleas, Philadelphia, Pennsylvania, alleging that he was wrongfully terminated from his employment with Defendant Giordano's Garden Groceries, LLC ("Defendant") for submitting a health report with the City of Philadelphia Department of Public Health in violation public policy as set forth, *inter alia*, in the Occupational Safety and Health Act of 1970 ("OSHA"), 29 U.S.C. §660. A copy of that Complaint is attached hereto as Exhibit "A").

2.     The Docket Report of the Court of Common Pleas (attached hereto as Exhibit "B") recites that Defendant was served with a copy of that Complaint on October 1, 2022.

3.     Since the Complaint sets forth a cause of action based upon public policy concerns in federal statute, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. §1332:

> The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

4.     Pursuant to the dictates of 28 U.S.C. §1441, this action is subject to Removal.

1

5.      The filing of this Notice of Removal is timely because it is within thirty (30) days of the date that Defendant was served with a copy of the Complaint as proscribed at 28 U.S.C. §1446(b)(1).

6.      The amount in controversy has been alleged by the Plaintiff to be more than the arbitration limits of $150,000 set forth in Local Rule 53.2(3)(C).

Respectfully submitted,

SPECTOR GADON ROSEN VINCI, P.C.

/s/ *Alan B. Epstein*

Alan B. Epstein, Esquire (Pa. Atty. ID No. 2346)
1635 Market Street, 7th Floor
Philadelphia, PA 19103
(215) 241-8888 / FAX- (215) 241-8844
*Attorneys for Defendant*