# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW NEMEROFF,<br><br>Plaintiff,<br><br>v.<br><br>GIORDANO'S GARDEN GROCERIES, LLC<br><br>Defendant. | CIVIL ACTION<br><br>NO. 22-4291 |

## ORDER

AND NOW, this 3rd day of February, 2023, it is hereby **ORDERED** that Plaintiff's Motion to Remand is **GRANTED** and the case shall be **REMANDED** to the Court of Common Pleas of Philadelphia County. The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**